1
2
3
4
5

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 96cr0018 JM |
|---|---|
| Plaintiff, | ) JUDGMENT AND ORDER OF |
| v. | ) DISMISSAL OF INDICTMENT AND ) RECALL ARREST WARRANT |
| MARIA G GUERRA-REYES, | ) |
| Defendant. | ) |

Upon motion of the UNITED STATES OF AMERICA (Doc. No. 36) and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above-entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: July 20, 2016

JEFFREY T. MILLER
United States District Judge